**Opinion issued March 5, 2015**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-15-00064-CV

—————————————

**DAVID THOMPSON, INDIVIDUALLY AND AS NEXT FRIEND OF**

**B.T., A MINOR, Appellant**

**V.**

**CHARLES NEIGHBOR AND CHARLES FARMER, Appellees**

---

On Appeal from the 334th District Court
Harris County, Texas
Trial Court Case No. 2011-16031

---

### MEMORANDUM OPINION

On February 18, 2015, Appellant, David Thompson, filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued and although appellant has failed to include a certificate of conference in his motion,

more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Huddle.